No. 463.  WARREN ET AL. *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *John E. McClure* and *William P. McClure* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for the United States.

No. 474.  HOWARD *v.* INTERNATIONAL TRUST Co., SPECIAL ADMINISTRATOR.  Supreme Court of Colorado.  Certiorari denied.  *Arthur E. Neuman* for petitioner.  *John Fleming Kelly* for respondent.

No. 494.  ELLIS *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Henry Lincoln Johnson, Jr.* and *William B. Bryant* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 506.  BOOKER ET AL. *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION, INC., ET AL.  Supreme Court of Georgia.  Certiorari denied.  *Aaron Kravitch* and *Phyllis Kravitch* for petitioners.  *E. Ormonde Hunter* for respondents.

No. 507.  MACK ET AL. *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Nicholas J. Chase* and *Arthur J. Hilland* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.